UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | | |
|---|---|---|
| In re: EKSTROM, DEBORAH | § | Case No. 09-75722 |
| | § | |
| | § | |
| Debtor(s) | § | |

### NOTICE OF TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR COMPENSATION AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that STEPHEN G. BALSLEY, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
211 South Court Street
Room 110
Rockford, IL  61101

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee.  A hearing on the fee applications and any objection to the Final Report will be held at 09:30AM on 12/27/2010 in Courtroom 115, United States Courthouse, 211 South Court Street
Room 115
Rockford, IL  61101.
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date:  / /                         By: _____
                                            Trustee

STEPHEN G. BALSLEY
6833 STALTER DRIVE
ROCKFORD, IL  61108
(815) 962-6611

UST Form 101-7-NFR (10/1/2010)

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| In re: EKSTROM, DEBORAH | § | Case No. 09-75722 |
|---|---|---|
| | § | |
| | § | |
| Debtor(s) | § | |

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---|
| The Final Report shows receipts of | $ | 5,301.47 |
| and approved disbursements of | $ | 4.96 |
| leaving a balance on hand of [1] | $ | 5,296.51 |

**Balance on hand:**      $    5,296.51

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| None | | | | | |

| | | |
|---|---|---|
| Total to be paid to secured creditors: | $ | 0.00 |
| Remaining balance: | $ | 5,296.51 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - STEPHEN G. BALSLEY | 1,280.15 | 0.00 | 1,280.15 |
| Attorney for Trustee, Fees - Barrick, Switzer, Long, Balsley & Van Evera | 650.00 | 0.00 | 650.00 |

| | | |
|---|---|---|
| Total to be paid for chapter 7 administration expenses: | $ | 1,930.15 |
| Remaining balance: | $ | 3,366.36 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010)

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses: $ 0.00
Remaining balance: $ 3,366.36

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for priority claims: $ 0.00
Remaining balance: $ 3,366.36

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 16,684.94 have been allowed and will be paid pro rata only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 20.2 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | GE Money Bank dba OLD NAVY | 404.80 | 0.00 | 81.67 |
| 2 | Roundup Funding, LLC | 303.92 | 0.00 | 61.32 |
| 3 | Fred Ekstrom | 15,976.22 | 0.00 | 3,223.37 |

Total to be paid for timely general unsecured claims: $ 3,366.36
Remaining balance: $ 0.00

UST Form 101-7-NFR (10/1/2010)

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |
| | Total to be paid for tardy general unsecured claims: | | $ | 0.00 |
| | Remaining balance: | | $ | 0.00 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |
| | Total to be paid for subordinated claims: | | $ | 0.00 |
| | Remaining balance: | | $ | 0.00 |

Prepared By: /s/STEPHEN G. BALSLEY
　　　　　　　　　Trustee

STEPHEN G. BALSLEY
6833 STALTER DRIVE
ROCKFORD, IL 61108
(815) 962-6611

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 101-7-NFR (10/1/2010)

# CERTIFICATE OF NOTICE

```
District/off: 0752-3          User: vgossett              Page 1 of 2                   Date Rcvd: Dec 06, 2010
Case: 09-75722                Form ID: pdf006             Total Noticed: 36

The following entities were noticed by first class mail on Dec 08, 2010.
db           +Deborah Ekstrom,    763 Nantucket Way,    Island Lake, IL 60042-9580
aty          +Steven J Brody,    Steven J. Brody & Associates, Ltd.,    15 W. Woodstock St,
               Crystal Lake, IL 60014-4209
tr           +Stephen G Balsley,    Barrick, Switzer, Long, Balsley, etal,    6833 Stalter Drive,
               Rockford, IL 61108-2579
14906523     +AT & T Mobility,    PO Box 6428,   Carol Stream, IL 60197-6428
14906521     +Allied Interstate,    3000 Corporate Exchange Dr,   5th Floor,    Columbus, OH 43231-7723
14906522     +American General Finan,    4005 W Kane Ave,    Mchenry, IL 60050-6305
14906524     +Balboa Insurance Company,    3349 Michelson Drive,   Suite 200,    Irvine, CA 92612-8881
14906525     +Cap One,   Po Box 85520,    Richmond, VA 23285-5520
14906526     +Collection Company O,    700 Lonwater Drive,   Norwell, MA 02061-1796
14906527      Comcast,    PO Box 3002,   Southeastern, PA 19398-3002
14906529     +Credit Collection Services,    2 Wells Ave,   Dept 9136,    Newton Center, MA 02459-3208
14906530     +Credit Protection Association LP,    13355 Noel Rd,    Dallas, TX 75240-6602
14906531     +Drews Insurance Agency,    2000 Larkin Avenue,   Suite 305,    Elgin, IL 60123-5880
14906532     +Fred Ekstrom,    214 Indian Trail,   Lake in the Hills, IL 60156-1388
14906534      Good Shepherd Hospital,    PO Box 646,   Oak Lawn, IL 60454-0646
14906536      Hotel Temptation Resort,    Boulevard Kukulkan,   Km. 3.5 Hotel Zone,
               Cancun, Q. Roo, Mexico C.P.     77500
14906537     +Joel Berg,    105 1/2 E. Sumner St,   Harvard, IL 60033-2875
14906541      MHS Physician Services,    PO Box 5081,   Janesville, WI 53547-5081
14906538     +McHenry County Tax Collector,    667 Ware Road,   Woodstock, IL 60098-8303
14906539     +Medical Recovery Specialists,    2200 E Devon Avenue,   Ste 352,    Des Plaines, IL 60018-4503
14906542     +Midwest Diagnostic Pathology,    75 Remittance DR,   Ste 3070,    Chicago, IL 60675-3070
14906544     +NCO Financial Systems,    PO Box 15937,   Wilmington, DE 19850-5937
14906545      North Shore Agency Inc,    PO Box 8901,   Westbury, NY 11590-8901
14906546     +Northern Moraine Wastewater Reclama,    PO Box 240,   Island Lake, IL 60042-0240
14906547     +Oxmoor House,    P.O. Box 11090,   Des Moines, IA 50336-0001
14918408     +Scott & Cathy Stewart,    25383 Tamarack Drive,   Wauconda, Il 60084-2524
14906549     +Village of Lakemoor,    234 W. Rand Road,   McHenry, IL 60051-3217
The following entities were noticed by electronic transmission on Dec 07, 2010.
14906520     +E-mail/Text: KM@ARCONCEPTSINC.COM                             A/R Concepts,
               33 W Higgins Rd Suite 715,    South Barrington, IL 60010-9103
14906528      E-mail/Text: legalcollections@comed.com                           ComEd,    PO Box 6111,
               Carol Stream, IL 60197-6111
15614869     +E-mail/PDF: gecsedi@recoverycorp.com Dec 07 2010 01:32:05     GE Money Bank dba OLD NAVY,
               Care of Recovery Management Systems Corp,    25 SE 2nd Ave Ste 1120,    Miami FL 33131-1605
14906533     +E-mail/PDF: gecsedi@recoverycorp.com Dec 07 2010 01:32:05     Gemb/Old Navy,    Po Box 981400,
               El Paso, TX 79998-1400
14906535     +E-mail/Text: bkynotice@harvardcollect.com                           Harvard Collection,
               4839 N Elston Ave,    Chicago, IL 60630-2589
14906540     +Fax: 866-693-7292 Dec 07 2010 01:27:23      Metlife Auto & Home,    PO Box 41753,
               Philadelphia, PA 19101-1753
14906543     +Fax: 847-227-2151 Dec 07 2010 05:57:22      Mrsi,   2250 E Devon Ave Ste 352,
               Des Plaines, IL 60018-4521
14906548     +E-mail/Text: ebn@phinsolutions.com                           Rjm Acq Llc,
               575 Underhill Blvd Ste 2,    Syosset, NY 11791-3426
15695588      E-mail/PDF: BNCEmails@blinellc.com Dec 07 2010 01:29:30      Roundup Funding, LLC,    MS 550,
               PO Box 91121,    Seattle, WA 98111-9221
                                                                                               TOTAL: 9

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty*         +Stephen G Balsley,    Barrick, Switzer, Long, Balsley, etal,    6833 Stalter Drive,
               Rockford, IL 61108-2579
14918411*    +Fred Ekstrom,    214 Indian Trail,   Lake in the Hills, Il 60156-1388
                                                                                   TOTALS: 0, * 2, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

```
District/off: 0752-3          User: vgossett           Page 2 of 2            Date Rcvd: Dec 06, 2010
Case: 09-75722                Form ID: pdf006          Total Noticed: 36

            ***** BYPASSED RECIPIENTS (continued) *****
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Dec 08, 2010**                    **Signature:**    _Joseph Speetjens_