**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**WESTERN DIVISION**

In re: EKSTROM, DEBORAH        § Case No. 09-75722
                               §
                               §
Debtor(s)                      §

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION**
**REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED**
**AND APPLICATION TO BE DISCHARGED (TDR)**

   STEPHEN G. BALSLEY, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

   1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

   2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned: $178,632.37                    Assets Exempt: $20,823.87
*(without deducting any secured claims)*

Total Distribution to Claimants: $3,366.36       Claims Discharged
                                                 Without Payment: $17,243.84

Total Expenses of Administration: $1,935.11

---

   3) Total gross receipts of $ 5,301.47   (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00   (see **Exhibit 2**), yielded net receipts of $5,301.47 from the liquidation of the property of the estate, which was distributed as follows:

UST Form 101-7-TDR (10/1/2010)

|  | **CLAIMS SCHEDULED** | **CLAIMS ASSERTED** | **CLAIMS ALLOWED** | **CLAIMS PAID** |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $193,975.54 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 1,935.11 | 1,935.11 | 1,935.11 |
| PRIOR CHAPTER ADMIN. FFES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 4,385.26 | 16,684.94 | 16,684.94 | 3,366.36 |
| **TOTAL DISBURSEMENTS** | $198,360.80 | $18,620.05 | $18,620.05 | $5,301.47 |

    4) This case was originally filed under Chapter 7 on December 30, 2009. The case was pending for 15 months.

    5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

    6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

    Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 03/31/2011          By: /s/STEPHEN G. BALSLEY
                                             Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

## EXHIBITS TO
## FINAL ACCOUNT

### EXHIBIT 1 −GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| 2009 income tax refund | 1224-000 | 5,300.00 |
| Interest Income | 1270-000 | 1.47 |
| **TOTAL GROSS RECEIPTS** | | **$5,301.47** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 −FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

### EXHIBIT 3 −SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NOTFILED | Balboa Insurance Company | 4110-000 | 3,162.00 | N/A | N/A | 0.00 |
| NOTFILED | American General Finan | 4110-000 | 9,056.00 | N/A | N/A | 0.00 |
| NOTFILED | McHenry County Tax Collector | 4110-000 | 3,845.54 | N/A | N/A | 0.00 |
| NOTFILED | Hotel Temptation Resort Boulevard Kukulkan | 4110-000 | 12,000.00 | N/A | N/A | 0.00 |
| NOTFILED | American General Finan | 4110-000 | 165,912.00 | N/A | N/A | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$193,975.54** | **$0.00** | **$0.00** | **$0.00** |

**UST Form 101-7-TDR (10/1/2010)**

## EXHIBIT 4 — CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| STEPHEN G. BALSLEY | 2100-000 | N/A | 1,280.15 | 1,280.15 | 1,280.15 |
| Barrick, Switzer, Long, Balsley & Van Evera | 3110-000 | N/A | 650.00 | 650.00 | 650.00 |
| INTERNATIONAL SURETIES, LTD. | 2300-000 | N/A | 4.96 | 4.96 | 4.96 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | 1,935.11 | 1,935.11 | 1,935.11 |

## EXHIBIT 5 — PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | 0.00 | 0.00 | 0.00 |

## EXHIBIT 6 — PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| None | | | | | | |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | 0.00 | 0.00 | 0.00 | 0.00 |

## EXHIBIT 7 — GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | GE Money Bank dba OLD NAVY | 7100-000 | 404.00 | 404.80 | 404.80 | 81.67 |
| 2 | Roundup Funding, LLC | 7100-000 | 56.00 | 303.92 | 303.92 | 61.32 |
| 3 | Fred Ekstrom | 7100-000 | unknown | 15,976.22 | 15,976.22 | 3,223.37 |
| NOTFILED | MHS Physician Services | 7100-000 | 320.00 | N/A | N/A | 0.00 |
| NOTFILED | Joel Berg | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Metlife Auto & Home | 7100-000 | 147.26 | N/A | N/A | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| NOTFILED | Harvard Collection | 7100-000 | 67.00 | N/A | N/A | 0.00 |
| NOTFILED | Northern Moraine Wastewater Reclama | 7100-000 | 92.95 | N/A | N/A | 0.00 |
| NOTFILED | Midwest Diagnostic Pathology | 7100-000 | 41.56 | N/A | N/A | 0.00 |
| NOTFILED | Rjm Acq Llc | 7100-000 | 57.00 | N/A | N/A | 0.00 |
| NOTFILED | Village of Lakemoor | 7100-000 | 97.95 | N/A | N/A | 0.00 |
| NOTFILED | Good Shepherd Hospital | 7100-000 | 268.00 | N/A | N/A | 0.00 |
| NOTFILED | Oxmoor House | 7100-000 | 26.91 | N/A | N/A | 0.00 |
| NOTFILED | Cap One | 7100-000 | 293.00 | N/A | N/A | 0.00 |
| NOTFILED | A/R Concepts | 7100-000 | 76.00 | N/A | N/A | 0.00 |
| NOTFILED | A/R Concepts | 7100-000 | 35.00 | N/A | N/A | 0.00 |
| NOTFILED | Cap One | 7100-000 | 543.00 | N/A | N/A | 0.00 |
| NOTFILED | Good Shepherd Hospital | 7100-000 | 486.00 | N/A | N/A | 0.00 |
| NOTFILED | Comcast | 7100-000 | 858.76 | N/A | N/A | 0.00 |
| NOTFILED | ComEd | 7100-000 | 185.87 | N/A | N/A | 0.00 |
| NOTFILED | Good Shepherd Hospital | 7100-000 | 329.00 | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | 4,385.26 | 16,684.94 | 16,684.94 | 3,366.36 |

**UST Form 101-7-TDR (10/1/2010)**

Exhibit 8

Page: 1

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 09-75722  **Trustee:** (330410) STEPHEN G. BALSLEY
**Case Name:** EKSTROM, DEBORAH  **Filed (f) or Converted (c):** 12/30/09 (f)
 **§341(a) Meeting Date:** 02/04/10
**Period Ending:** 03/31/11  **Claims Bar Date:** 07/08/10

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a)<br>DA=§554(c) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | 530 Santa Barbara, Lakemoor, IL, Single family r | 140,000.00 | 0.00 | DA | 0.00 | FA |
| 2 | Timeshare, Original Resorts, Cancun Mexico | Unknown | 0.00 | DA | 0.00 | FA |
| 3 | Cash | 40.00 | 0.00 | DA | 0.00 | FA |
| 4 | Checking account 2107 TCF Bank | 500.00 | 0.00 | DA | 0.00 | FA |
| 5 | Checking account held jointly with daughter 7805 | 150.00 | 0.00 | DA | 0.00 | FA |
| 6 | Checking account 9373 TCF Bank | 5.00 | 0.00 | DA | 0.00 | FA |
| 7 | Security deposit for residential lease Held by l | 1,600.00 | 0.00 | DA | 0.00 | FA |
| 8 | Misc household items and furniture | 2,500.00 | 0.00 | DA | 0.00 | FA |
| 9 | Clothing | 200.00 | 0.00 | DA | 0.00 | FA |
| 10 | 2 diamond rings | 600.00 | 0.00 | DA | 0.00 | FA |
| 11 | Silgan Plastics Corporation Retirement Savings P | 4,633.87 | 0.00 | DA | 0.00 | FA |
| 12 | Child support owed from Robert Martens, 3715 Pra | 10,000.00 | 0.00 | DA | 0.00 | FA |
| 13 | 2002 Ford Mustang | 9,270.00 | 0.00 | DA | 0.00 | FA |
| 14 | 1996 Chevrolet Suburban | 1,990.00 | 0.00 | DA | 0.00 | FA |
| 15 | 2001 Ford Focus Owned jointly with Fred Ekstrom | 1,532.50 | 0.00 | DA | 0.00 | FA |
| 16 | 2009 income tax refund (u) | 5,611.00 | 5,611.00 | DA | 5,300.00 | FA |
| Int | INTEREST (u) | Unknown | N/A | | 1.47 | FA |
| 17 | Assets  Totals (Excluding unknown values) | **$178,632.37** | **$5,611.00** | | **$5,301.47** | **$0.00** |

**Major Activities Affecting Case Closing:**

The only asset in this case is the Debtor's 2009 income tax refund, which the Trustee recovered the sum of $5,300.00 in April 2010. The Trustee's Final Report was heard on December 27, 2010, and the Order Awarding Compensation and Expenses was entered on December 27, 2010.

**Initial Projected Date Of Final Report (TFR):** September 30, 2010    **Current Projected Date Of Final Report (TFR):** October 25, 2010 (Actual)

Printed: 03/31/2011 01:47 PM    V.12.56

Exhibit 9

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

| Case Number: | 09-75722 | | Trustee: | STEPHEN G. BALSLEY (330410) |
|---|---|---|---|---|
| Case Name: | EKSTROM, DEBORAH | | Bank Name: | The Bank of New York Mellon |
| | | | Account: | 9200-******57-65 - Money Market Account |
| Taxpayer ID #: | **-***3195 | | Blanket Bond: | $1,500,000.00   (per case limit) |
| Period Ending: | 03/31/11 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Money Market Account Balance |
| 04/07/10 | {16} | Deborah L. Ekstrom | Partial payment of 2009 tax refund | 1224-000 | 4,000.00 | | 4,000.00 |
| 04/30/10 | {16} | Deborah L. Ekstrom | Final Payment of 2009 Tax Refund | 1224-000 | 1,300.00 | | 5,300.00 |
| 04/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 0.17 | | 5,300.17 |
| 05/28/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 0.31 | | 5,300.48 |
| 06/07/10 | 1001 | INTERNATIONAL SURETIES, LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 06/07/2010 FOR CASE #09-75722 | 2300-000 | | 4.96 | 5,295.52 |
| 06/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 0.31 | | 5,295.83 |
| 07/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 0.31 | | 5,296.14 |
| 08/31/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 0.31 | | 5,296.45 |
| 09/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.04 | | 5,296.49 |
| 10/18/10 | Int | The Bank of New York Mellon | Current Interest Rate is 0.0100% | 1270-000 | 0.02 | | 5,296.51 |
| 10/18/10 | | To Account #9200******5766 | Transfer funds from MMA to checking account | 9999-000 | | 5,296.51 | 0.00 |
| | | | ACCOUNT TOTALS | | 5,301.47 | 5,301.47 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 5,296.51 | |
| | | | Subtotal | | 5,301.47 | 4.96 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | NET Receipts / Disbursements | | $5,301.47 | $4.96 | |

{} Asset reference(s)   Printed: 03/31/2011 01:47 PM   V.12.56

Exhibit 9

# Form 2

Page: 2

## Cash Receipts And Disbursements Record

| **Case Number:** | 09-75722 | | **Trustee:** | STEPHEN G. BALSLEY (330410) |
| --- | --- | --- | --- | --- |
| **Case Name:** | EKSTROM, DEBORAH | | **Bank Name:** | The Bank of New York Mellon |
| | | | **Account:** | 9200-******57-66 - Checking Account |
| **Taxpayer ID #:** | **-***3195 | | **Blanket Bond:** | $1,500,000.00  (per case limit) |
| **Period Ending:** | 03/31/11 | | **Separate Bond:** | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
| --- | --- | --- | --- | --- | --- | --- | --- |
| 10/18/10 | | From Account #9200******5765 | Transfer funds from MMA to checking account | 9999-000 | 5,296.51 | | 5,296.51 |
| 12/27/10 | 101 | Barrick, Switzer, Long, Balsley & Van Evera | Dividend paid 100.00% on $650.00, Attorney for Trustee Fees (Trustee Firm);  Reference: | 3110-000 | | 650.00 | 4,646.51 |
| 12/27/10 | 102 | STEPHEN G. BALSLEY | Dividend paid 100.00% on $1,280.15, Trustee Compensation;  Reference: | 2100-000 | | 1,280.15 | 3,366.36 |
| 12/27/10 | 103 | GE Money Bank dba OLD NAVY | Dividend paid  20.17% on $404.80; Claim# 1; Filed: $404.80; Reference: | 7100-000 | | 81.67 | 3,284.69 |
| 12/27/10 | 104 | Roundup Funding, LLC | Dividend paid  20.17% on $303.92; Claim# 2; Filed: $303.92; Reference: | 7100-000 | | 61.32 | 3,223.37 |
| 12/27/10 | 105 | Fred Ekstrom | Dividend paid  20.17% on $15,976.22; Claim# 3; Filed: $15,976.22; Reference: | 7100-000 | | 3,223.37 | 0.00 |

| | | | |
| --- | --- | --- | --- |
| **ACCOUNT TOTALS** | | 5,296.51 | 5,296.51 | $0.00 |
| Less: Bank Transfers | | 5,296.51 | 0.00 | |
| **Subtotal** | | 0.00 | 5,296.51 | |
| Less: Payments to Debtors | | | 0.00 | |
| **NET Receipts / Disbursements** | | **$0.00** | **$5,296.51** | |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
| --- | --- | --- | --- |
| **MMA # 9200-******57-65** | 5,301.47 | 4.96 | 0.00 |
| **Checking # 9200-******57-66** | 0.00 | 5,296.51 | 0.00 |
| | **$5,301.47** | **$5,301.47** | **$0.00** |

{} Asset reference(s)

Printed: 03/31/2011 01:47 PM    V.12.56